FILED
JUL 23 2012
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA

Prob 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* | 10-00141-01-CR-W-ODS | |
| DOCKET NUMBER *(Rec. Court)* | CR 12 579 | JSW |
| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Michael Morand | DISTRICT: Western District of Missouri | DIVISION: Western Division |
| | NAME OF SENTENCING JUDGE: The Honorable Ortrie D. Smith | |
| | DATES OF PROBATION /SUPERVISED RELEASE: | From 11/05/2010 — To 11/04/2015 |

OFFENSE

Conspiracy to Defraud the Government with Respect to Claims

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which thistransfer is made without further inquiry of this Court.*

7/10/12
Date

ORTRIE D. SMITH
SENIOR U.S. DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

7/20/12
Effective Date

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE